UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No. 2:18-cv-14393-ROSENBERG/REID

MILLER ATNAGU RAS MAKONNAN,

    Petitioner,

v.

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING AND CLOSING CASE**

This matter comes before the Court upon Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, filed at DE 1 under Case No. 2:18-cv-14393. The Court previously referred the Petition to Magistrate Judge Lisette M. Reid for a Report and Recommendation on all dispositive issues. On July 1, 2020, Judge Reid issued a Report and Recommendation in which she recommended that the Petition be denied. DE 27.

Petitioner filed Objections to the Report and Recommendation. DE 35. The Court has reviewed the Report and Recommendation, Petitioner's Objections thereto, and the record and is otherwise fully advised in the premises. The Court agrees with the analysis and conclusions in the Report and Recommendation and finds Judge Reid's recommendation to be well reasoned and correct.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation [DE 27] is **ADOPTED** as the Order of the Court.

2. Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [DE 1] is **DENIED**.

3. A certificate of appealability **SHALL NOT ISSUE**.

4. The Clerk of the Court is instructed to **CLOSE Case No. 2:18-cv-14393**. All deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers, West Palm Beach, Florida, this 26th day of January, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Movant
Counsel of Record